# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

November 9, 2015

**BY ECF**
Honorable Laura Taylor Swain
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Soborski
      13 Cr 521 (LTS)

Dear Judge Swain,

     I am writing with the government's consent to request an adjournment of Mr. Soborski's sentence now scheduled for November 12, 2015 until December 1, 2015 at 3:00 p.m. I recently received the Government's sentence memorandum and must review with my client and a Polish interpreter.

     Thank you for your consideration.

Very truly yours,

William J. Stampur

cc:   AUSA Emil J. Bove (by ECF)
      AUSA Michael D. Lockard (by ECF)
      AUSA Anna M Skotko (by ECF)
      Emily P. Frankelis (by email)