# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

November 24, 2015

**BY ECF**

Honorable Laura Taylor Swain
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:    **United States v. Soborski**
                    **13 Cr 521 (LTS)**

Dear Judge Swain,

      I am writing with the government's consent to request an adjournment of Mr. Soborski's sentence now scheduled for December 1, 2015 until January 5, 2016 at 3:00 p.m. Mr. Soborsli is currently undergoing medical treatment and anticipates removal from the MDC for further treatment.

      Thank you for your consideration.

Very truly yours,

William J. Stampur

cc:    AUSA Emil J. Bove (by ECF)
         AUSA Michael D. Lockard (by ECF)
         AUSA Anna M Skotko (by ECF)
         Emily P. Frankelis (by email)