# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-2016

December 23, 2015

**BY FAX**
Honorable Laura Taylor Swain
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re: **United States v. Soborski**
**13 Cr 521 (LTS)**

Dear Judge Swain,

I am writing with the government's consent to request an adjournment of Mr. Soborski's sentence now scheduled for January 5, 2016 until January 28, 2016 at 11:00 ~~11:00~~ 15 a.m. Mr. Soborski is currently undergoing medical treatment, has seen a surgeon and anticipates surgery and removal from the MDC.

Thank you for your consideration.

Very truly yours,

William J. Stampur

cc: AUSA Emil J. Bove (by ECF)
AUSA Michael D. Lockard (by ECF)
AUSA Anna M Skotko (by ECF)
Emily P. Frankelis (by email)

*The adjournment request is granted.*

**SO ORDERED:**

_____ 1/4/2016
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE