# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

February 9, 2018

**BY ECF**
Honorable Laura Taylor Swain
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Soborski**
     **13 Cr 521 (LTS)**

Dear Judge Swain,

After consultation with AUSA Patrick Egan and the Court's approval I request a new briefing schedule and date for resentence. The parties propose the defendant submit his sentence memorandum by February 23, 2018; government's response by March 23, 2018 reply brief if any by April 6, 2018 and Court appearance anytime the week of May 7, 2018.

Very truly yours,

William J. Stampur

cc:  AUSA Patrick Egan