**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2018

**BY EMAIL AND ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: **United States v. Slawomir Soborski,**
          **13 Cr. 521 (LTS)**

Dear Judge Swain:

    The Government to respectfully request that the defendant's re-sentencing be scheduled for July 17, 2018 at 2:00 p.m., a time we understand to be convenient to defense counsel and the Court's calendar.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:    */s/ Michael D. Lockard*
    Michael D. Lockard
    Emil Bove III
    Assistant United States Attorneys
    (212) 637-2193/2444

cc:    William J. Stampur, Esq., (by email)